# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MAINE

| |
|---|
| LYNN MERRILL, et al., |
|     Plaintiffs |
|         v. |
| CITY OF AUGUSTA, et al., |
|     Defendants. |

NO. 1:20-cv-00248-JAW

CONSENT ORDER REGARDING SETTLEMENT AGREEMENT

This matter comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) (see ECF 75-2), conditioned on the Court's retention of jurisdiction to resolve any motions brought to enforce or modify the terms of the parties' fully executed Settlement Agreement and Release (hereafter "Settlement Agreement," attached hereto and see ECF 75-1). See *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S. Ct. 1673, 128 L. Ed. 2d 391, 29 Fed. R. Serv. 3d 1 (1994).

The parties have agreed that the Joint Stipulation of Dismissal with Prejudice is neither immediately effective nor self-executing, and it will take effect only upon the entry of an order by the Court retaining jurisdiction to enforce the Settlement Agreement. The Parties and their counsel have agreed as set forth below as evidence

by signatures of counsel also appearing below. Good cause has been shown for the entry of this Order.

IT IS THEREFORE on this 24th day of June, 2021, Ordered as follows:

1. The Court incorporates the terms of the Settlement Agreement herein and makes it an Order of the Court.

2. The Court retains ancillary jurisdiction to enforce the Settlement Agreement and resolve any disputes regarding compliance that may occur through November 30, 2024. See Settlement Agreement ¶¶ 3(c), (d)

3. The Court finds that the scope of the court's continuing jurisdiction is limited by reasonable time limits for the parties to invoke the court's review of issues arising from the Settlement Agreement.

4. Any dispute regarding compliance with the Settlement Agreement and this Order shall be brought to and resolved by this Court. The Court has discretion to award any legal or equitable relief it deems appropriate in the event of non-compliance with the Settlement Agreement.

5. Subject to the foregoing, and except as expressly set forth above, all claims and defenses in the action shall be and hereby are released with prejudice.

6. Except as otherwise agreed to by the Parties, each party to bear its own fees and costs incurred to date in this action.

Dated: June 23, 2021

/s/ Kristin L. Aiello
 Kristin L. Aiello

/s/ Peter M. Rice
Peter M. Rice
DISABILITY RIGHTS MAINE
160 Capitol Street, Suite 4
Augusta, Maine 04330
(207) 626-2774
kaiello@drme.org
pmrice@drme.org


/s/ Eve Hill
Eve Hill
BROWN GOLDSTEIN & LEVY
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202
(410) 962-1030 ext. 1311
EHill@BROWNGOLD.COM


*Counsel for Plaintiffs*

Dated: June 23, 2021

/s/ Stephen E. F. Langsdorf
Stephen E. F. Langsdorf

/s/ Laura Rideout
Laura Rideout
PRETI FLAHERTY
45 Memorial Circle
Augusta, ME 04330
(207) 623-5300
slangsdorf@preti.com
LRideout@preti.com

*Counsel for City of Augusta*

/s/ Joshua K. Saucier
Joshua K. Saucier
Assistant City Solicitor
City of Bangor
73 Harlow Street
Bangor, Maine 04401
(207) 992-4276
Josh.Saucier@bangormaine.gov

*Counsel for City of Bangor*

/s/Danielle P. West
Danielle P. West
Corporation Counsel
City of Portland
389 Congress Street, Room 211
Portland, Maine
(207) 874.8480

*Counsel for City of Portland*

/s/ William A. Lee III
William A. Lee III
O'Donnell Lee, P.A.
112 Silver Street
Waterville Me 04901
Phone: 207-872-0112
walee@watervillelaw.com

*Counsel for the Town of Winslow*

SO ORDERED.

Dated this 24th day of June, 2021

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE